FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2010 NOV -5 AM 10: 07

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:10CV276 |
| | ) | |
| $39,900.00 IN UNITED STATES CURRENCY and a 2005 TOYOTA SIENNA, VIN 5TDZA23C65S337119, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 5th day of November, 2010, this matter comes on before the Court upon the Stipulation of the parties (Filing No __). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. Nine hundred dollars of the Defendant properties should be returned to the Claimant, Richard Mathie, by delivering the same to the trust account of his attorney of record, James H. Hoppe.

2. Pursuant to this Court's Order dated August 6, 2010 (Filing No. 6), the United States has published notice of its intent to dispose of the properties in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on October 6, 2010 (Filing No. 12). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant properties.

3. The balance of the Defendant properties, viz., $39,000.00 and the 2005 Toyota Sienna,

VIN 5TDZA23C65S337119, should be forfeited to the United States.

    4. The parties' Stipulation should be approved.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    A. The parties' Stipulation is hereby approved.

    B. Nine hundred dollars of the Defendant property shall be returned to the Claimant, Richard Mathie, by delivering the same to his attorney of record, James H. Hoppe. The Marshal shall deliver said amount by making payment to James H. Hoppe's Trust Account.

    C. Pursuant to this Court's Order dated August 6, 2010 (Filing No. 6), the United States has published notice of its intent to dispose of the properties in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on October 6, 2010 (Filing No. 12). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject properties.

    D. The remaining Defendant properties, viz., $39,000.00 and the 2005 Toyota Sienna, VIN 5TDZA23C65S337119, are hereby forfeited to the United States. All right, title or interest in or to the Defendant properties held by any person or entity is hereby forever barred and foreclosed.

    E. The Marshal shall dispose of said $39,000.00 and the 2005 Toyota Sienna, VIN 5TDZA23C65S337119, in accordance with law.

    F. Upon Mr. Hoppe's receipt of the $900.00, as mentioned above, he shall file a Receipt for said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

                                   BY THE COURT:

_[signature]_
RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE

Dated 11/5/10   RGK

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

$39,900.00 IN UNITED STATES CURRENCY
and 2005 TOYOTA SIENNA, VIN
5TDZA23C65S337119, Defendant, and
RICHARD MATHIE, Claimant

By: _[signature]_
JAMES H. HOPPE (#15691)
Attorney at Law
140 N. 8th St., #250
Lincoln, NE 68508
(402)474-3884